**RECEIVED**

MAR - 8 2013

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LaTanya Lynn Jackson )
_____ )
_____ )
(Name of the plaintiff or plaintiffs) )
)
v. )
EDLink LLC )
_____ )
_____ )
(Name of the defendant or defendants) )

CIVIL ACTION

1:13-cv-01820
Judge James B. Zagel
Magistrate Judge Sidney I. Schenkier

# COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is __LaTanya Lynn Jackson__ of the county of __Cook__ in the state of __Illinois__.

3. The defendant is __EDLink LLC__, whose street address is __350 N. Clark St. Suite 500__, (city) __Chicago__ (county) __Cook__ (state) __Illinois__ (ZIP) __60654__

(Defendant's telephone number) __(312) - 447-8080__

4. The plaintiff sought employment or was employed by the defendant at (street address) __350 N. Clark St Suite 500__ (city) __Chicago__ (county) __Cook__ (state) __IL__ (ZIP code) __60654__

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

   (month)_____, (day)_____, (year)_____.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☐ the United States Equal Employment Opportunity Commission, on or about (month) _11_ (day) _28_ (year) _2012_.

   (ii) ☐ the Illinois Department of Human Rights, on or about (month) _01_ (day) _31_ (year) _2013_.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES  ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES  ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) *12* (day) *11* (year) *2012* a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

(c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

4

_____

_____

_____

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Emails sent to Human Resources, Management Team and Director of Department, multiple recorded phone calls with management Team requesting "Reasnable Accommodation" and a One hour and twelve minute Recorded call to HR stating claims of Harassment;

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) ☐ Direct the defendant to hire the plaintiff.

    (b) ☐ Direct the defendant to re-employ the plaintiff.

    (c) ☐ Direct the defendant to promote the plaintiff.

    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f) ☒ Direct the defendant to (specify): to reasonably accommodate the plaintiff's loss wages + company benefits

_____

_____

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

*LaTanya L Jackson*

(Plaintiff's name)

LA TANYA L JACKSON

(Plaintiff's street address)

6020 S. Stony Island Ave 2-E

_____

(City) Chicago  (State) IL  (ZIP) 60637

(Plaintiff's telephone number) (312) - 217-3701

Date: 3-08-13

6

LaTanya Lynn Jackson )
              Plaintiff )
)
        v. )
)
EDLink LLC   Defendant )

United States District Court
Northern District of Illinois

## COMPLAINT

Now comes the <u>Plaintiff</u> LaTanya Lynn Jackson a 48 year old african-american woman with over 25 years of experience in the customer service field. I worked + EDLink LLC <u>defendant</u> for over 6 years with no issues until I suffered a Wrongful Termination on November 14, 2012

1. I began my employment with defendant in October 2006. My most recent position was Tuition Specialist. Defendant was aware of my disability. I took a Intermittent FMLA Leave due to my "serious health condition" and subsequently, I was transferred, falsely written up, harassed and I believe that I have been discriminated against because of my disability in violation of the Americans with Disabilities Act of 1990 as amended.

2. I had two Emergency Laser Eye Surgeries 9/9/2011 + 9/12/2011 immediately I went on an Intermittent FMLA Medical leave and Had a third emergency laser eye surgery 3/9/2012. I also believe that I was violated under Section 105 of the FMLA and section 825.220 of the FMLA as amended.

3. I have several emails in support of my claims, I have attached a few in hopes that the court will see that I have Truth and Facts and seek justice in the Law.

                                                   (See attachments)

## **Complaint**

## **Charges of Disability Discrimination Fact Sheet/Summary**

Once I had my first FMLA approved in September of 2011, the blatant discrimination began with false claims of poor performance.

Suddenly, I received an email warning that my scores were below department standards on 10/25/2011 and then **Verbal Warning** on 11/30/2011 which I disputed and did not sign regarding my performance which was the **same** prior to surgery and my full work history. I was clearly singled out because none of my other team members received any warnings with the same performance.

Next, my commendations from clients were revoked and I did not receive my compliments for Oct. 2011 and Nov. 2011 and in Jan 2012, I sent a complaint against the Director to HR and to the CEO because I was the only one not being granted the standard, but everyone else continued to get their awards, compliments and commendations.

The third time I felt discriminated against was ~ Monday 6/25/2012 when my then manager Danielle Griggs called me on a recorded call stating that I have being selected to be transferred to a new team on 7/2/2012. I immediately ask her "why was I selected and does this new manager know about my disability" she stated that I was being transferred for the needs of the business and that it was not a bad thing and that my workload was going to be less and they would accommodate my disabilities and she gave an example by pulling up the amount of phone calls that were taken between the two departments. So I asked her was I being transferred mainly because I was on FMLA, she stated "it is best to transfer me because Verizon and Verizon Wireless is the biggest clients and when I am off work on FMLA the team is being challenged and it would be best that I was moved to a team with more people to ensure coverage when I am off sick. I then stated that this was not fair that I now have to learn new clients while on FMLA mainly because my chronic illness was my eye sight

I again, felt discriminated against when I received a performance meeting request 9/25/2012 for 9/27/2012 from Chris Davis the Director of Customer Service with HR Chelsea F. informing me that I was being placed on Probation because I did not make Productivity, while it was common knowledge that over 85% of the departments does not make productivity

and never hit his radar and was never sent a performance meeting request. I asked Chris was he aware of my disability/FMLA and my skill level and he stated, yes, but FMLA only protected my attendance and not my performance and that I needed to perform on the same level as my new team.

I stated to him that my duties on Danielle team were not the same as this team and that I thought I would have a probation period and he stated on a recorded call "shame on Danielle" because all TS must do everything and all duties. I told him that I felt that this was a personal attack and unfair because I should not be required to meet the same as others mainly because of my disability and that it would take me longer to process items because it was a new process for me and because I suffer mainly with my eyes as my disability and that I was being set-up to fail based on meeting

He stood his ground and stated that we will meet in 30 days and if I do not make productivity I was going to be terminated. I stated to him that I have never made productivity in 6 years and that the company continued to pay me and enable/perpetuate my performance with no fear of job loss until I was transferred after going on FMLA.

I will show the court that there was clear sabotage, conspiracy and foul play. I have the same characteristics of the last 3 TS that were transferred to Team Innovators who were suddenly not making productivity and ultimately discharged from the company after working over 5+ years.

Note* It is common knowledge that must did not make productivity nor quality and never hit Chris D. radar, I was singled out to be fired.

Lastly, the company has denied that all calls are recorded. The IT Department Specialist Owen Roland and my former manager Danielle G has stated many times that ALL calls are recorded, the department is a call center that service inbound/outbound calls to the customers.

Respectfully Submitted,

*La Tanya L. Jackson*
**La Tanya Lynn Jackson**

# Chelsea Flohr

**From:** Latanya Jackson
**Sent:** Thursday, September 27, 2012 12:17 PM
**To:** Chris Davis
**Cc:** Chelsea Flohr
**Subject:** RE: Performance Meeting

Chris,

Per Our Conversation today Re: Performance Update I **La Tanya L Jackson** Acknowledge the attached document Titled **Corrective Action Form** and I Herby state that **I Do Not Agree With The Terms** as of 09/27/2012 at approximately 11:17 AM CST as for the reasons listed below.

- The document skipped Verbal and Written on the timeline stating Facts Surrounding Problem: 6/27/12 -9/25/2012
- The document disregard all facts related to the to time line date. 07/03 Ryan sent email asking if I needed more work, I started on 7/3 and was told by Ryan that he was taking it slow with me this week, so I would not be requesting more work on my first day.
  On 7/16 I sent email to Ryan and Beth because I was suddenly getting calls from additional clients that I was not trained on. Which is now causing additional anxiety and it was now cause for me to now start reading up on those clients
  Then, on 07/26 Ryan sent email. Again, this is July my first month in Transition I am in a panic mode and sent an email on 07/27 to Ryan and Beth stating this pace is to fast and that I am "very overwhelmed an next to tears"

- It appears that none of my cries for help were being heard, it only appeared to me as if I was being personally attacked and that there was in a witch hunt to set me up for failure. I feel like the multiple emails went by the waist side while behind my back the team that I entrusted was sending every human error I made in a flaming email to have me written up and placed in Liu of Termination.
- I have sent you the email chains showing my efforts even though it was stating I never made them known.

- Lastly, I apologize if this reply seems harsh in any way, I respect your decision and will remain professional and positive at all times, and going forward I will focus on self improvement.


**From:** Latanya Jackson
**Sent:** Monday, July 30, 2012 10:37 AM
**To:** Beth Reesink
**Cc:** Ryan Paquin
**Subject:** Allianz Queue ?

Good Morning,

I am not the comfortable with Allianz yet, I read over there policy on Friday for the first time and it seems to have multiple levels and I just got a call for Allianz, can I please have a few more days to study there complex policy?

1

**From:** Latanya Jackson
**Sent:** Friday, July 27, 2012 12:16 PM
**To:** Beth Reesink
**Cc:** Ryan Paquin
**Subject:** RE: Phone Status

Beth,

I was correcting some errors. I appreciate the fact that the pace has slowed down and the tone is adjusting to my skill level as I transition.

Last week was very very **challenging** for me and I started to fear my performance and errors reports were alarming and became very overwhelmed and next to tears at times.

I think the pace/tone was a too fast, since I was unaware of the additional clients and was trying to take on too much too soon. I am unfamiliar with processing and I was conditioned to phone only as my primary job duty

Being that the steps are very detailed oriented and was adjusting to the steps and I was nervous and anxious every time the phone rang, fearing that I would not have the confidence in my voice in answering live calls with jumping from the script to RoboHelp to get information while ppt is on the phone was stressful and uneasy and scary.

<u>**This week was better and I have had a lot of reading time with NextEra and Alcatel-Lucent, and will read Allianz today.**</u>

I am feeling more calm and relaxed and I have a **Fresh** approach to learning the procedures and steps for each client that I am assigned to.

I am sure that my pace will increase in a timely manner, but for now I am being proactive, and eager to make immediate improvements.

Thanks~

LT Jackson
Tuition Specialist
EdLink, LLC
312.447.8219 Phone and Fax
ljackson@edlinktuition.com

**From:** Latanya Jackson
**Sent:** Wednesday, August 01, 2012 2:37 PM
**To:** Marisol Martinez
**Subject:** Private and Confidential
**Importance:** High

Hello Marisol, J

I have a quick question, I am hoping to get clarity on the procedures with weekly, daily and hourly error report emails that I am receiving from my TL Ryan that are being generated by our teams STS **Beth** for auditing purposes. Is this an individual dept rule? And is this normal?

I am new on this team and I have been feeling antagonized by the tone being set during my transition, I have never felt this way in 5 years and 10 months while working at EDLink/CAEL and I fear that the matter is creating a lot of anxiety and uncertainty in my performance and confidence. I am sure that this is not the intentions nor the nature of the emails, but my feelings are real. I am sure it is to help me overall.

**I am reaching out to you as the Quality Team Manager because I am trying to make this situation better and grow from this experience.**

Can you confirm if **Beth** should be auditing my work daily or should the quality team be handling my mistakes? Or a discretionary procedure.

I am very open to feedback, correction emails, coaching etc... I just want to know if this is the proper procedure, because Danielle, nor Steve Gibson, Nor Roxie or anyone ever sent me error report emails daily. I understand and appreciate the opportunity to see my mistakes and correct my mistakes. **I just want clarity on how this is being reported. I need to know if this is being counted against my quality score, and am I giving a probationary period to adjust to my new day-to-day duties?**

I hope that this email is not misunderstood, nor miscommunicated. I am just hoping to gain clarity and set a pace for the new month starting today.

Below is an email that I sent to both Beth and Ryan sharing my concerns...............(please keep private). **(I have attached a few emails)**

===========================

From: Latanya Jackson
Sent: Thursday, August 02, 2012 10:47 AM
To: Marisol Martinez
Subject: RE: Private and Confidential

Marisol,

I greatly appreciate your feedback, I now have a better understanding of rules and regulation for the clients and team procedures...

**My main concerns were Quality Reporting and Probationary Period timeline to adjust and be coached and have refresher trainings.**

**I also feel like it will be unfair to have this time period sent to Quality Team and be held against me while in transition, I am coming from a 2 client team, to a 14 client team, from using only Tams 2, to using Tams2, Tams3, and Tams4, and coming from mostly phone only, to phones, emails, invoices, appl's, approvals, payment, books, indexing....**

I am excited with this being a new month and I just wanted clarity on how the transition period was going to affect my quality scores especially when only 30% of the errors where made by me and 70 % were discovered not to be errors.

Ryan, has given me the opportunity to explain what occurred on each error report and I 100% respect him for that and have confidence that this will be a good fit. I also know Beth and Ryan wants everyone to be successful on the team. I just felt like my mistakes are normal human mistakes and I should have a probationary period to correct these mistakes.

Thanks Again, Have a Great Day~

**From:** Latanya Jackson
**Sent:** Thursday, August 02, 2012 11:12 AM
**To:** Chelsea Flohr
**Subject:** Transition Concerns for HR FILING.................FYI.....(No Action Needed At This Time) ..FW: Private and Confidential
**Importance:** High

Good Morning Chelsea J,

I am sending this email chain to have place in my HR Folder. I am very concerned about the way I am being managed with this transition period and want to go on record with this matter in fear of a poor Quality Score for this Month.

**This is not a complaint,** nor is this a cause for action. I just want the issue to be noted if things continue in the current direction that it is showing now.

I was under the impression that I would have a fair chance to adjust to my new day-to-day duties, but I discovered today after reaching out to the **Quality Team Manager** that the mistakes I made during this short transition time period is expected to be reported to her. I disagree 100% with this method and I am just going to address the matter when it presents itself. I have documented the matter and have made a detailed log of all my concerns and fears.

**I hope that I can resolve the matter within my direct management team and I will give 100% positive and professional efforts to keep this matter from escalating. I have been with the company 5 years and 10 months and I plan on growing with the company and being a valued productive team member for as long as the EDLink Family will have me.**

<u>*I Thank you in advance for your time and support.*</u>

Respectfully Submitted,


LT Jackson
Tuition Specialist
EdLink, LLC
312.447.8219 Phone and Fax
ljackson@edlinktuition.com


==============================================================

# Chelsea Flohr

**From:** Latanya Jackson
**Sent:** Thursday, September 27, 2012 12:17 PM
**To:** Chris Davis
**Cc:** Chelsea Flohr
**Subject:** RE: Performance Meeting

Chris,

Per Our Conversation today Re: Performance Update I <u>**La Tanya L Jackson**</u> Acknowledge the attached document Titled **Corrective Action Form** and I Herby state that <u>**I Do Not Agree With The Term**</u>s as of 09/27/2012 at approximately 11:17 AM CST as for the reasons listed below.

- The document skipped Verbal and Written on the timeline stating Facts Surrounding Problem: 6/27/12 -9/25/2012
- The document disregard all facts related to the to time line date. 07/03 Ryan sent email asking if I needed more work, I started on 7/3 and was told by Ryan that he was taking it slow with me this week , so I would not be requesting more work on my first day.
On 7/16 I sent email to Ryan and Beth because I was suddenly getting calls from additional clients that I was not trained on. Which is now causing additional anxiety and it was now cause for me to now start reading up on those clients
Then, on 07/26 Ryan sent email. Again, this is July my first month in Transition I am in a panic mode and sent an email on 07/27 to Ryan and Beth stating this pace is to fast and that I am "very overwhelmed an next to tears"

- It appears that none of my cries for help were being heard, it only appeared to me as if I was being personally attacked and that there was in a witch hunt to set me up for failure. I feel like the multiple emails went by the waist side while behind my back the team that I entrusted was sending every human error I made in a flaming email to have me written up and placed in Liu of Termination.
- I have sent you the email chains showing my efforts even though it was stating I never made them known.

- Lastly, I apologize if this reply seems harsh in any way, I respect your decision and will remain professional and positive at all times, and going forward I will focus on self improvement.


**From:** Latanya Jackson
**Sent:** Monday, July 30, 2012 10:37 AM
**To:** Beth Reesink
**Cc:** Ryan Paquin
**Subject:** Allianz Queue ?

Good Morning,

I am not the comfortable with Allianz yet, I read over there policy on Friday for the first time and it seems to have multiple levels and I just got a call for Allianz, can I please have a few more days to study there complex policy?

1

From: Latanya Jackson
Sent: Tuesday, October 23, 2012 6:05 AM
To: Chelsea Flohr
Subject: Urgent! HR Meeting Request
Importance: High

Good Morning Chelsea,

I would like to discuss the current employment status with you only as soon as possible.

**I want to have all resources available to me in having a fair chance to establish a foundation on truth and facts.**
1. It seems that the last 90 days I have been working under a lot of stress and in a hostile environment.
2. Per the email that I sent you on 8/1/2012 I stated my concerns of being mishandled and being antagonized.
3. I feel like the only change in the last 6 years is that I am now on **FMLA** and this is why I am being attacked.
4. I could be wrong, it could be a **Personal Attack**, but the facts show that in 6 years my performance never put me in **Fear of Job Loss**.
5. Once I went on **FMLA** I received a *verbal corrected action,* a few months later *a transfer,* a few months later **Probation**.
6. I am in search of protection and fairness, I deserve the opportunity to work in a non-hostile environment so I can perform the job.
7. I have 7 days to do a miraculous task under the same Pressure and Stress of the last 90 days and that's why I need more time.

Lastly, I hope and entrust that as my HR Specialist you can help me and expedite this matter and address all the components involved.

All I request is that my emails are read and that this can be reviewed and that I do not *loss my job* **based** on the last **90** days verses **2,190** days.

I look forward to speaking with you at your earliest convenience.

Respectfully Submitted,

LT
LT Jackson
Tuition Specialist
EdLink, LLC
312.447.8219 Phone and Fax
ljackson@edlinktuition.com

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 440-2013-00779 |

**Illinois Department Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. LaTanya L. Jackson | (312) 217-3701 | 11-08-1964 |

Street Address: 6020 South Stony Island, # 2-E, Chicago, IL 60637

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| EDLINK LLC | 101 - 200 | (312) 447-8080 |

Street Address: 350 N Clark St, Suite 500, Chicago, IL 60654

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: 11-14-2012
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent in or around October 2006. My most recent position was Tuition Specialist. Respondent is aware of my disability. I took a medical leave of absence. Subsequently, I was transferred to a different department. On or about November 14, 2012, I was discharged.

I believe that I have been discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

NOV 28 2012

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Nov 28, 2012 — *LaTanya L. Jackson* (Charging Party Signature)

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

# ILLINOIS DEPARTMENT OF Human Rights
## Human Rights Dept. of Human Rights INTAKE UNIT

Pat Quinn, Governor
Rocco J. Claps, Director

JAN 3 1 2013

RECEIVED

By: _____

January 28, 2013

Ms. LaTanya L. Jackson
6020 South Stony Island, #2E
Chicago, IL 60637

Re: **LaTanya L. Jackson vs Edlink LLC, 130123-001**

Dear Complainant:

The United States Equal Employment Opportunity Commission (EEOC) and the Illinois Department of Human Rights (Department) are parties to a cooperative agreement. Under this agreement, when you filed your charge of discrimination with the EEOC, a copy of the charge was automatically filed with the Department. The Department is keeping a copy of your EEOC charge on file to preserve jurisdiction under Illinois law.

You filed your discrimination charge initially with the EEOC, however, the Department can consider investigating your charge _following_ the EEOC's investigation. Should you want the Department to take this action, you must first wait for the EEOC to complete its investigation of your charge and send you its written findings from its investigation. Once you receive the EEOC's findings, you have 30 days to send the Department a copy of the findings. Please also submit a one sentence written statement requesting that the Department investigate your charge and include the above-referenced control number. Your copy of the EEOC's findings and your letter requesting that the Department investigate the charge may be submitted by either of the following methods:

**By Mail:** Your EEOC findings and written decision should be sent via U.S. Postal certified mail, return receipt requested, to: Illinois Department of Human Rights, Attn: EEOC Referred Charges/Intake Unit, 100 W. Randolph St., Ste. 10-100, Chicago, IL 60601.

**In Person:** You must bring an original and one copy of your EEOC findings and letter. The Department will stamp the copy and it will be returned to you for your records.

If you have already received the EEOC's findings, you should send the Department a copy of the findings along with your letter requesting that the Department investigate your EEOC charge.

Upon receipt of your documents, the Department will mail you a letter with additional information about your case. If you request the Department to investigate your EEOC charge, the Department will review evidence obtained during EEOC's investigation; that evidence may be disclosed pursuant to the Department's rules and regulations.

The 365-day time period for the Department to investigate your EEOC charge begins to run when EEOC issues its investigation findings. Your failure to timely provide the EEOC's findings to the Department will result only in the Department closing your file. **This process does not affect the investigation of your charge at EEOC.** If you do not wish to proceed with the Department, you do not need to take any further action.

This letter **does not apply** to any settlement of this charge the parties have made with the EEOC.

**If you have any questions, please contact Thomas F. Roeser, Pre-Investigations Coordinator, at (312) 814-6295. Please do not contact the EEOC.**

ILLINOIS DEPARTMENT OF HUMAN RIGHTS
PRE1_EEOC 30
Rev: 10/11

January 31, 2013

Dear Department of Human Rights,
100 W. Randolph Street, Suite 10-100
Chicago, IL 60601

Re: **LaTanya L. Jackson vs EDLink LLC, 130123-001**

I **La Tanya L. Jackson** request that the Department investigate my claim of Discrimination, in violation of the Americans with Disabilities Act of 1990, as amended.

Respectfully Submitted,

*La Tanya L. Jackson* (signature)

La Tanya Jackson
6020 S. Stony Island Ave, #2E
Chicago, IL 60637

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | LaTanya L. Jackson<br>6020 South Stony Island Avenue, Apt. 2-E<br>Chicago, IL 60637 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2013-00779 | Daniel Gajda,<br>Investigator | (312) 869-8131 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

John P. Rowe,
District Director

12/11/12
(Date Mailed)

Enclosures(s)

cc: **EDLINK, LLC**