**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LATANYA LYNN JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | Court No. 1:13-cv-01820 |
| -vs- | ) | |
| | ) | Judge James B. Zagel |
| EDLINK, LLC., | ) | |
| Defendant. | ) | Magistrate Judge: Sidney I. Schenkier |

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiff, LaTanya Lynn Jackson, and Defendant, EDLink, LLC, by and through their attorneys, hereby submit this Joint Stipulation to Dismiss With Prejudice the above-captioned action, with each party to bear its own costs and attorneys' fees, pursuant to Federal Rule of Civil Procedure 41(a) and the parties' confidential agreement.

**Dated:** March 27, 2014

Respectfully Submitted by,

**LATANYA LYNN JACKSON**

By: /s/ Emily T. Acosta
Emily T. Acosta
Segal McCambridge Singer & Mahoney, LTD.
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606
(312) 645-7800

**EDLINK, LLC**

By: /s/ Gregory H. Andrews
Gregory H. Andrews
Sean C. Herring
Jackson Lewis P.C.
150 N. Michigan Ave., Suite 2500
Chicago, Illinois 60601
(312) 787-4949

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on March 27, 2014, she caused a true and correct copy of the foregoing **Joint Stipulation to Dismiss With Prejudice** to be filed with the Court by electronic filing protocols, and the same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

By: /s/ Emily T. Acosta